UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS ALEJANDRO SEGUNDO,

Petitioner,

v.

LADEON FRANCIS, in his capacity as Acting Field Director, U.S. Immigration and Customs Enforcement; TODD LYONS, in his capacity as Acting Director, U.S. Immigration and Customs Enforcement; Markwayne MULLINS in his capacity as, Secretary of the U.S. Department of Homeland Security,

Respondents.

26-CV-5927 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court's Office of Pro Se Litigation has identified counsel willing to represent Petitioner pro bono (free of cost). No later than August 31, 2026, Respondents are ordered to provide Petitioner with a copy of this order, certify that they have done so, and inform the Court of Petitioner's current address so that future orders may be mailed to him. The Court directs Petitioner to advise pro bono counsel as to whether he seeks for counsel to represent him as soon as possible.

SO ORDERED.

Dated: August 28, 2026
New York, New York

Ronnie Abrams
United States District Judge