UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS ALEJANDRO SEGUNDO,

Petitioner,

v.

LADEON FRANCIS, in his capacity as Acting Field Director, U.S. Immigration and Customs Enforcement; TODD LYONS, in his capacity as Acting Director, U.S. Immigration and Customs Enforcement; Markwayne MULLINS in his capacity as, Secretary of the U.S. Department of Homeland Security,

Respondents.

26-CV-5927 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Petitioner, who was previously representing himself *pro se* and is now represented by counsel, shall have until September 22, 2026 to file any reply in support of the petition. If he seeks to file an amended petition or requires additional time to prepare a reply, he may request as much.

SO ORDERED.

Dated: September 8, 2026
New York, New York

Ronnie Abrams
United States District Judge